RECEIVED
USDC, CLERK CHARLESTON, SC

2008 JUN 23 A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| **Melody Reynolds,** | ) | C/A No. 2:07-1930-CMC-RSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **OPINION AND ORDER** |
| **Michael J. Astrue,** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| Defendant. | ) | |

In this action, Plaintiff is seeking judicial review of the final decision of the Commissioner of Social Security pursuant to 42 U.S.C. §§ 405(g) and 1631(c)(3). The Commissioner of Social Security denied her claim for disability insurance benefits. The matter is currently before the court for review of the Report and Recommendation of Magistrate Judge Robert S. Carr, made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Rule 83.VII.02, *et seq.*, D.S.C.

This court is charged with making a *de novo* determination of any portion of the Report and Recommendation of the Magistrate Judge to which a specific objection is made. The court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b). The court reviews only for clear error in the absence of an objection. *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'") (quoting Fed. R. Civ. P. 72 advisory committee's note).

The United States Magistrate Judge filed his Report and Recommendation on May 19, 2008, in which he recommends that the decision of the Commissioner be remanded for entry of a decision which is sufficiently detailed for review and which complies with the Rules and Regulations of the Commissioner. No objections have been filed and the time for doing so has expired.[1]

After reviewing the record, the applicable law, the briefs of counsel and the findings and recommendations of the Magistrate Judge, the court finds no clear error. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and incorporated by reference. For the reasons set out therein, the final decision of the Commissioner is **reversed and the claim is remanded** to the Commissioner pursuant to Sentence Four of 42 U.S.C. §§ 405(g) and 1383(c)(3) for further proceedings as set forth in the Report and Recommendation.

**IT IS SO ORDERED.**

S/ Cameron McGowan Currie<br>
CAMERON MCGOWAN CURRIE<br>
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
June 20, 2008

---

[1] On June 3, 2008, counsel for Defendant filed notice that Defendant would not file objections to the Magistrate Judge's Report and Recommendation. Dkt. No. 29.